Certificate Number: 03088-PAE-DE-039455577

Bankruptcy Case Number: 25-10924



03088-PAE-DE-039455577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2025, at 1:19 o'clock PM CDT, Kevin G Sims completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 18, 2025                By:   /s/Waleska Ivonne Mondolo

                                      Name:   Waleska Ivonne Mondolo

                                      Title:   Financial Counselor